**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000542
19-MAR-2025
08:40 AM
Dkt. 43 OGMD**

NO. CAAP-24-0000542

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

UALANI GOUVEIA and DENNIS GOUVEIA,
individually and on behalf of D.K.W.G., a minor,
Plaintiffs/Counterclaim Defendants-Appellees, v.
CITY AND COUNTY OF HONOLULU,
Defendant/Crossclaim Defendant/Crossclaimant-Appellee, and
JOSHUA NAHULU, individually and in his capacity as
an Officer with the Honolulu Police Department;
ERIK SMITH, individually and in his capacity as
an Officer with the Honolulu Police Department;
JAKE BARTOLOME, individually and in his capacity as
an Officer with the Honolulu Police Department,
Defendants/Crossclaim Defendants-Appellees, and
JOHNATHON SINAPATI, Defendant/Crossclaim Defendant/
Crossclaimant/Counterclaimant-Appellant, and
BRITTANY MIYAKE,
Defendant/Crossclaimant/Crossclaim Defendant-Appellee, and
DOE DEFENDANTS 4-20, Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CCV-21-0001150)

ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL OF APPEAL
(By:  Leonard, Acting Chief Judge, McCullen and Guidry, JJ.)

Upon consideration of the Motion for Voluntary Dismissal of Appeal, filed March 7, 2025, by Jonaven Perkins-Sinapati, purportedly misidentified in the underlying case, 1CCV-21-0001150, as Defendant/Crossclaim Defendant/Crossclaimant/

Counterclaimant-Appellant Johnathon Sinapati,[1] the papers in support, the record, and there being no opposition,

IT IS HEREBY ORDERED that the motion is granted and the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, March 19, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge

---

[1]  The record on appeal identifies Jonathon Sinapati as Defendant/ Crossclaim Defendant/Crossclaimant/Counterclaimant-Appellant.  Jonaven Perkins-Sinapati does not indicate whether they filed in the underlying case a motion to correct or modify the record on appeal.  See Hawaiʻi Rules of Appellate Procedure Rules 10(b)(1)(E)(2), 11(c)(1).